CHARLES L. DISTON, Appellant, v. WILLIAM DEWEY LOUCKS and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JANET MEISNER, Appellant, v. HARRY MEISNER and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, for an Order to Discover Money and Property Withheld, Pursuant to Section 205 of the Surrogate's Court Act. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, Petitioner, Respondent; LAWRENCE REISS and COAL CONTRACT CO., INC., Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CARL SHERMAN and Others, Respondents, v. FRANK COHEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN SILVERMAN, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, on the authority of People v. Richardson (287 N. Y. 563). Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THEODORE R. RACOOSIN, as Assignee for the Benefit of Creditors of EDWARD M. POONS Co. of KOBE, INC., Assignor, Appellant, v. HENRY M. HUBSHMAN and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BENJAMIN ADLER, Appellant, v. GEORGE P. BISSELL and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order, on payment of said costs and the ten dollars costs awarded at Special Term. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Townley and Untermyer, JJ., dissent and vote to reverse and deny the motion.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for the Opening and Extending of EAST RIVER DRIVE, from Grand Street to Montgomery Street, Excluding the Lands under the Jurisdiction of the President of the Borough of Manhattan for Street Purposes, and for the Public Parks Adjacent to East River Drive between Grand Street and Montgomery Street, Where Not Already Acquired by The City of New York for Park Purposes, in the Borough of Manhattan, City of New York. J. A. KENNEDY REALTY CORPORATION, Claimant, Appellant, DANIELS & KENNEDY, INC., Claimant, Appellant, JOHN A. KENNEDY and Others, Claimants, Appellants; THE CITY OF NEW YORK,· Respondent.— Final decree, so far as. appealed from, unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HENRY W. FLEXNER, Appellant, v. JENNIE M. MENDLESON and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.